# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LALAINE GIL,

                Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

                Defendants.

Case No.: 2:23-cv-02103-GMN-BNW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 7), of United States Magistrate Judge Brenda Weksler, which recommends that certain claims be dismissed without leave to amend, and that Defendant Las Vegas Metropolitan Police Department be dismissed. (*See generally* R&R).

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

No. 7) (setting January 28, 2025, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's claims for malicious prosecution, defamation, slander, and libel, false police report, violence against women and children, and a disability violation, are **DISMISSED** without leave to amend.

**IT IS FURTHER ORDERED** that Defendant Las Vegas Metropolitan Police Department is **DISMISSED**.

Dated this __10__ day of February, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court